IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00044-ZLW

DANIEL JAMES VIGIL,

    Plaintiff,

v.

STAN HILKEY, Sheriff,
CHAD SEARCY, Deputy,
BLAKE MCCLELLAN, Deputy,
MIKE ROBERTS, CPL,
MELINDA SCHUBERT, Deputy,
JEFF BYRNE, Deputy,
JOHN BROWNLEE, Deputy,
EVERETT BLANCK, Deputy,
WAYNE KEAN, Deputy, and
UNKNOWN NAME OFFICER,

    Defendants.



---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Daniel James Vigil, filed **pro se** on April 30, 2008, a "Motion for Possible Reconsideration and Return of Law Suite [sic] Materials." Mr. Vigil apparently asks the Court to reconsider and vacate the Court's Order of Dismissal and Judgment filed in this action on March 10, 2008, and to return to him the documents he filed in this action. The Court must construe the motion liberally because Mr. Vigil is proceeding **pro se**. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Vigil's motion to reconsider in this action, which was filed more than ten days after the Court's Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Vigil failed to file a third and final amended complaint that complied with the pleading requirements of Rule 8. Mr. Vigil was advised that his original complaint, which he filed on January 8, 2008, was missing an original signature, and he was ordered to file an amended complaint, which he filed on January 7, 2008. On January 23, 2008, he filed a second amended complaint. On January 28, 2008, the Court ordered Mr. Vigil to file a third and final amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On February 27, 2008, he filed his third and final amended complaint. The Court ultimately determined that Mr. Vigil's third and final amended complaint failed to comply with Fed. R. Civ. P. 8. Mr. Vigil does not challenge the Court's determination that his amended complaint did not comply with Rule 8. He

simply disagrees that he filed the amended or second amended complaints documented above because he fails to understand that the January 7 and 23, 2008, complaints he filed with the Court are the amended and second amended complaints respectively.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Vigil fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. The Court will not reopen this action to allow Mr. Vigil another opportunity to comply with Rule 8. The Court also will not grant Mr. Vigil's request that the Court return to him the documents he filed in this action. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

The motion to reconsider will be denied. Mr. Vigil is reminded that, because the instant action was dismissed without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the "Motion for Possible Reconsideration and Return of Law Suite [sic] Materials" submitted to the Court *pro se* by Plaintiff, Daniel James Vigil, on April 30, 2008, is denied.

DATED at Denver, Colorado, this 9 day of May, 2008.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00044-BNB

Daniel James Vigil
Prisoner No. 3763
Prisoner No. 89058
Mesa County Jail
PO Box 20,000
Grand Junction, CO 81502-5017

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/9/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk